180

PER CURIAM.

(No. 6294

HIGHLAND PARK HOSPITAL FOUNDATION, Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF VOCATIONAL REHABILITATION, Respondent.

*Opinion filed February 1, 1973.*

HIGHLAND PARK HOSPITAL FOUNDATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6530

APPROVED HOME, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENTS OF MENTAL HEALTH AND PUBLIC AID, Respondent.

*Opinion filed February 1, 1973.*

KREGER & KARTON, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.